■ NORMA VIGO, Respondent, v 501 SECOND STREET HOLDING CORP. et al., Appellants, et al., Defendants. [992 NYS2d 903]—

In an action to foreclose a mortgage, the defendants 501

Second Street Holding Corp. and 501 Second Street, LLC, appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Knipel, J.), dated October 6, 2011, as granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against them upon their failure to timely serve and file an answer to the complaint, and for the appointment of a referee to compute the amount of damages due to the plaintiff.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with entry of the final judgment of foreclosure and sale in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the final judgment of foreclosure and sale (*see* CPLR 5501 [a] [1]) in the related appeal decided herewith (*see Vigo v 501 Second St. Holding Corp.*, 121 AD3d 778 [2014] [decided herewith]). Rivera, J.P., Hall, Miller and Duffy, JJ., concur.